IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PRESSLEY B. ALSTON,

    Petitioner

vs.                                     CASE NO.:   4:04cv86-SPM/AK

STATE OF FLORIDA,

    Respondent.
_____/

## ORDER DENYING COMMITTEE EXAMINATION

    This cause comes before the Court on Petitioner's request for Committee Examination (doc. 33). Petitioner's request is difficult to understand, but it appears that he is requesting this Court to direct the FBI to investigate the circumstances of his state criminal case.

    This Court has no authority to order an FBI investigation. Furthermore, as explained to Petitioner previously (see doc. 31), the proceedings in this case have ended. Petitioner should stop filing documents in this case. If Petitioner continues to file documents in this case, the Court may recommend that sanctions be imposed against him for making legally frivolous requests. See § 944.279, Fla. Stat.

    ORDERED AND ADJUDGED:

    1.    Petitioner's request (doc. 31) is denied.

2. Petitioner shall not file any further documents in this case.

DONE AND ORDERED this 13th day of September, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge